JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DALE CALVIN WHITMER,

            Petitioner,

      v.

E. VALENZUELA, Warden,

            Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-7571-CJC (JEM)

**JUDGMENT**

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     **IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: November 16, 2012

                              CORMAC J. CARNEY
                  UNITED STATES DISTRICT JUDGE