JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE CALVIN WHITMER,<br><br>                Petitioner,<br><br>   v.<br><br>E. VALENZUELA, Warden,<br><br>                Respondent. | Case No. CV 12-7571-CJC (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: <u>November 16, 2012</u>

                                        CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE